2024R00613/NKP/HH

RECEIVED

SEP 25 2024

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Zahid N. Quraishi |
| v. | Crim. No. 24-609 |
| TATIANA AMATELLI | 21 U.S.C. § 846 |

### INFORMATION

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

Beginning at least in or around December 2019, and continuing through at least in or around May 2024, in the District of New Jersey and elsewhere, the defendant,

**TATIANA AMATELLI**,

did knowingly and intentionally conspire and agree with others to (a) distribute and possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance, and (b) acquire and obtain possession of oxycodone and methylphenidate, Schedule II controlled substances, by misrepresentation, fraud, forgery, deception, and subterfuge, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and 843(a)(3).

In violation of Title 21, United States Code, Section 846.

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in this Information, the defendant, TATIANA AMATELLI, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the offense charged in this Information, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of such offense.

## SUBSTITUTE ASSETS PROVISION

If any of the above forfeitable property, as a result of any act or omission or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property.

_____
PHILIP R. SELLINGER
United States Attorney

GLENN S. LEON
Chief
Criminal Division, Fraud Section

THOMAS J. TYNAN
Assistant Chief
Criminal Division, Fraud Section

_____
HYUNGJOO HAN
NICHOLAS K. PEONE
Trial Attorneys
Criminal Division, Fraud Section
U.S. Department of Justice

CASE NUMBER: 24-cr-609

# United States District Court
# District of New Jersey

**UNITED STATES OF AMERICA**

v.

**TATIANA AMATELLI**

# INFORMATION FOR

21 U.S.C. § 846

PHILIP R. SELLINGER
UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

HYUNGJOO HAN
NICHOLAS K. PEONE
TRIAL ATTORNEYS
NEWARK, NEW JERSEY
(202) 754-0901